AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___NEW YORK___

UNITED STATES, NEW YORK STATE, ex rel.
GELFAND,

V.

SPECIAL CARE HOSPITAL MANAGEMENT
CORP., et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-02-6079 (Wexler, J.)

TO: (Name and address of Defendant)

SPECIAL CARE HOSPITAL MANAGEMENT CORP.
4260 Shoreline Drive, Suite 150
St. Louis, MO 63045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID A. KOENIGSBERG
MENZ BONNER & KOMAR LLP
140 E. 45th St., 20th Floor
NY, NY 10017

ARNOLD SAPHIRSTEIN
155 Bellmore Rd.
East Meadow, NY 11554

RICHARD K. HAYES, A.U.S.A.
U.S. Attorney's Office, E.D.N.Y.
271 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

AMY HELD, Sp. Ass't A.G.
Office of N.Y. Attorney General
120 Broadway, 13th Floor
NY, NY 10271

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

CLERK

(By) DEPUTY CLERK

AUG 28 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | September 10, 2008 |
| NAME OF SERVER (PRINT) David Conder | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 502 Earth City Expressway Suite 317 Earth City MO 63042

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 10, 2008
             Date

_[signature] #315_
Signature of Server

7925 Clayton St Louis MO 63117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.